IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES MCQUEEN, III, ET AL.        :        CIVIL ACTION

      V.                                 :        NO. 02-2793

CITY OF PHILADELPHIA, ET AL.        :

O R D E R

**AND NOW**, this 8th day of July, 2002, because of the court holiday on January 13, 2003, **IT IS ORDERED** that the trial is **CONTINUED** until **January 14, 2003 at 10:00 a.m. in Courtroom 14-B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106**.

                                        William H. Yohn, Jr., Judge