IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES McQUEEN, III, ET AL. | : | CIVIL ACTION |
| | : | NO. 02-2793 |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

O R D E R

**AND NOW, TO WIT:** this 30th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.


**MICHAEL E. KUNZ**, Clerk of Court


BY: _____
　　　Rita L. Polkowski
　　　Deputy Clerk

Civ 2 (8/2000)
41(b).frm