IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES McQUEEN, III, ET AL. | : | CIVIL ACTION |
| | : | NO. 02-2793 |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

O R D E R

**AND NOW**, this 1st day of April, 2003, upon consideration of plaintiffs' petition for leave to settle or compromise minor's action, **IT IS HEREBY ORDERED** that a hearing thereon is **SCHEDULED** for **April 15, 2003 at 4:45 p.m. in Courtroom 14-B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106**.

　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn, Jr., Judge