IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES McQUEEN, III, ET AL. | : | CIVIL ACTION |
| | : | NO. 02-2793 |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

O R D E R

**AND NOW**, this 30th day of April, 2003, upon consideration of the Petition for Leave to Settle or Compromise a Minor's Action, and no response thereto, and after hearing thereon, **IT IS HEREBY ORDERED** that:

A. The allocation of the sum of $3,000.00 to Alice Chattin, a minor, for her personal injuries from the gross settlement of $20,000.00 for her personal injuries and the personal injuries of her mother, Katina Chattin and Charles McQueen, III is **APPROVED**.

B. The settlement proceeds of $3,000.00 allocated to Alice Chattin, a minor, shall be distributed as follows:

| | | | |
|---|---|---|---|
| | a. | To Abramson & Denenberg, P.C. - reimbursement of 15% of the costs expended | $ 106.00 |
| | b. | To Abramson & Denenberg, P.C., and Paul Himmel, Esquire - 30% of the net proceeds as counsel fees | 868.00 |
| | c. | To Alice Chattin, a minor, by and through her mother and natural guardian, Katina Chattin | 2,026.00 |

C. Counsel is hereby authorized to execute all documents necessary to purchase savings certificate from a federally insured bank or savings institution having offices in Philadelphia

County in the sum of $2,026.00 for the minor plaintiff, with the funds payable to the minor upon majority or upon further order of court.  The certificate will be titled and restricted as follows:

> Alice Chattin, a minor, not to be redeemed, except for renewal in its entirety, not to be withdrawn, assigned, negotiated or otherwise alienated before the minor attains majority, except upon prior order of the court.

_____
William H. Yohn, Jr., Judge